UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
AUG 26 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO.: 7:21-cr-012-REW

JAMES A. NEWSOME

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 27, 2020, in Floyd County, in the Eastern District of Kentucky,

**JAMES A. NEWSOME**

did knowingly and intentionally distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin and fentanyl, a Schedule I and II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about October 14, 2020, in Floyd County, in the Eastern District of Kentucky,

**JAMES A. NEWSOME**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 20, 2020, in Floyd County, in the Eastern District of Kentucky,

**JAMES A. NEWSOME**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin and fentanyl, a Schedule I and II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 18 U.S.C. § 924(c)(1)(A)

On or about October 20, 2020, in Floyd County, in the Eastern District of Kentucky,

**JAMES A. NEWSOME**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 3, that is, distribution of a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of heroin and fentanyl, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 5
## 18 U.S.C. § 922(g)(1)

On or about December 16, 2020, in Floyd County, in the Eastern District of Kentucky,

**JAMES A. NEWSOME,**

knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, a SCCY Industries, Model CPX-2, 9mm semiautomatic handgun, bearing serial number 724840; a Winchester, Model 9422, .22 caliber lever-action rifle, bearing serial number F683375; a Taurus, Model 709, 9mm semiautomatic pistol, bearing serial number TJW45819; a Taurus, Model PT111G2, 9mm semiautomatic pistol, bearing serial number TJ031629; an Amadea Rossi & Co., Model RS22, .22 caliber semiautomatic rifle, bearing serial number 7CA073071L; and the firearms were in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the felony offenses alleged in Counts 4 and 5 of this Indictment, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d). In committing the offenses alleged in Counts 1, 2, 3, and 4, punishable by imprisonment for more than one year, **JAMES A. NEWSOME** used and intended to use the below-described property to commit and facilitate the said controlled substance

violation and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1), including, but not limited to, the following:

### CURRENCY:

1. $7,300.00 in United States Currency seized from **JAMES A. NEWSOME** on December 16, 2020.

### FIREARM AND AMMUNITION

1. SCCY Industries, Model CPX-2, 9mm semiautomatic handgun, bearing serial number 724840, seized from **JAMES A. NEWSOME** on December 16, 2020;
2. Winchester, Model 9422, .22 caliber lever-action rifle, bearing serial number F683375, seized from **JAMES A. NEWSOME** on December 16, 2020;
3. Taurus, Model 709, 9mm semiautomatic pistol, bearing serial number TJW45819, seized from **JAMES A. NEWSOME** on December 16, 2020;
4. Taurus, Model PT111G2, 9mm semiautomatic pistol, bearing serial number TJ031629, seized from **JAMES A. NEWSOME** on December 16, 2020;
5. Amadea Rossi & Co., Model RS22, .22 caliber semiautomatic rifle, bearing serial number 7CA073071L, seized from **JAMES A. NEWSOME** on December 16, 2020; and
6. Assorted ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JAMES A. NEWSOME** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

A TRUE BILL

███████████████████

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-3:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug offense:**
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 4:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**COUNT 5:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed assets.