UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:21-CR-12-REW-EBA

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.              **NOTICE BY UNITED STATES
            REGARDING ENHANCED STATUTORY PUNISHMENT**

JAMES A. NEWSOME                                                                              DEFENDANT

\* \* \* \* \* \*

Pursuant to 21 U.S.C. § 851, the United States gives notice that, if James A. Newsome is convicted of Counts 1, 2, or 3, he shall be subject to an enhanced statutory punishment pursuant to 21 U.S.C. § 841(b)(1) because he has a prior final conviction for a felony drug offense. To wit, Trafficking in a Controlled Substance, 1st Degree, Less than Two Grams of Methamphetamine, which was imposed by the Boyd County Circuit Court, Catlettsburg, Ky., in Case No. 18-CR-279 on January 25, 2019.

        Respectfully Submitted,

        CARLTON S. SHIER, IV
        UNITED STATES ATTORNEY

By:    s/R. Nicholas Rabold
        Assistant United States Attorney
        601 Meyers Baker Road Suite 200
        London, KY 40741
        606-330-4833
        nick.rabold@usdoj.gov

2

## CERTIFICATE OF SERVICE

On December 14, 2021, I electronically filed this document through the ECF system, which will send the notice of electronic filing to:

>Patrick E. O'Neill
>*Attorney for James A. Newsome*

>s/R. Nicholas Rabold
>Assistant United States Attorney